# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

GREGORY STEVEN BARTELL,
    Plaintiff

    v.         **CASE NUMBER: 05-C-633**

STATE OF WISCONSIN CORPORATION
COUNSEL, LISA MARTIN, CARL DUDIN,
RICHARD CHECK, DOUGLAS F. MANN,
MARGARET McGARITY, MARTIN PRUHS,
DAVID ASBACH, DELTA COUNTY,
MICHIGAN, NANCY J. KOLICH,
CHRIS HARTLEY, LUCY DELEEUW,
and RANDOLPH B. OSSTYN,
    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
1. Miller is sanctioned $5000 for violating this Court's order of October 31, 1997, in *Lawerenz v. Wisconsin*, Case No. 97-C-781.
2. The Clerk is directed to return all filings by or involving Miller consistent with this Order until Miller pays both his $2000 sanction and the additional $5000 sanction leveled against him today.
3. This complaint is **DISMISSED**, without prejudice to Bartell.

    The Clerk is directed to close this case.

| | |
|---|---|
| August 9, 2005 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |